IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| Tabitha N. Anderson, | )   Case No. 13-13516 NLJ |
| | ) |
| | )   Chapter 13 |
| | ) |
| Debtor. | ) |

## WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN

COMES NOW the Oklahoma Tax Commission, ("OTC") and withdraws its objection to chapter 13 plan filed on August 23, 2013 for the following reason.

1. Debtor has provided further information.

WHEREFORE, the OTC withdraws its objection filed on August 23, 2013.

Respectfully submitted,

**OKLAHOMA TAX COMMISSION**


/s/ Sean R. McFarland
Sean R. McFarland, OBA #13729
Assistant General Counsel
120 N. Robinson, Suite 2000W
Oklahoma City, OK  73102-7471
Tel. (405)319-8550
Fax (405) 602-0165
smcfarland@tax.ok.gov

## CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION

I, Sean R. McFarland, hereby certify that on September 25, 2013, a true and correct copy of the above Withdrawal of Objection to Chapter 13 Plan was electronically served using the CM/ECF system to John Hardeman, Chapter 13 Trustee, Monte J. White, attorney for the Debtor(s) and the Office of the United States Trustee.

Further, I certify that on September 25, 2013 a true and correct copy of the Withdrawal of Objection to Chapter 13 Plan was mailed via U.S. Mail, first class, postage prepaid and properly addressed to the following at the address shown:

Tabitha N. Anderson
6564 McGlahlin
Fort Sill, OK 73503

/s/Sean R. McFarland
Sean R. McFarland